446 A.2d 601

**Josh C. TOWNSEND**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellant.**

Supreme Court of Pennsylvania.

Argued May 19, 1982.

Decided June 17, 1982.

Arthur R. Thomas, Asst. Chief Counsel, Robert A. Greevy, Chief Counsel, Jay C. Waldman, Harrisburg, Exc. Asst. to the Governor, LeRoy S. Zimmerman, Atty. Gen., for appellant.

Daniel McGee, P. D., Bellefonte, for appellee.

Before O'BRIEN, C. J., ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.